**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6021

COREY V. ARMSTRONG,

             Plaintiff - Appellant,

        v.

KATHLEEN GREEN, Warden (E.C.I); LT. HAYWARD, (E.C.I);
WISENOFF, Case Manager (E.C.I); GARY D. MAYNARD, Secretary
of D.P.S.C.S.; J. MICHAEL STOUFFER, Commissioner of
Corrections; JOHN ROWLEY, Warden (N.B.C.I); JAMES K.
HOLWAGER, Ph.D. (N.B.C.I.); RICHARD GRAHAM, Asst. Warden
(N.B.C.I); LILLER, Case Manager Supervisor (N.B.C.I); DURST,
Case Manager; DEFENDANTS 1-9,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District
Judge.  (1:08-cv-00342-WDQ)

Submitted:  February 24, 2011          Decided:  March 3, 2011

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Corey V. Armstrong, Appellant Pro Se.  Nichole Cherie Gatewood,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey V. Armstrong, a state prisoner, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Armstrong v. Green, No. 1:08-cv-00342-WDQ (D. Md. Dec. 17, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED